IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IRTH SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SCANA SERVICES, INC., <br><br> Defendant. | CASE NO. 2:17-cv-00834 <br><br> JUDGE GEORGE C. SMITH <br><br> MAGISTRATE JUDGE <br> KIMBERLY A. JOLSON |

### AGREED DISMISSAL ENTRY WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff irth Solutions, LLC ("Plaintiff") and Defendant SCANA Services, Inc. ("Defendant") (jointly, the "parties"), by and through counsel, hereby agree and stipulate that Plaintiff's claims and causes of action against Defendant in this case are dismissed, with prejudice, with the parties to bear their own attorney fees, expenses, and court costs.  This Court expressly retains continuing jurisdiction to enforce the terms of the parties' Confidential Settlement Agreement and Release (the "Agreement") and/or resolve any and all disputes between the parties regarding the Agreement.

Respectfully submitted,

/s/ Thomas J. Novack
Thomas J. Novack (0038570)
Colin R. Beach (0080210)
Walker Novack Legal Group, LLC
5013 Pine Creek Drive
Westerville, Ohio 43081
Telephone:  (614) 423-8276
Facsimile:  (614) 767-0695
Email: tom@walkernovack.com
           colin@walkernovack.com

*Counsel for Plaintiff irth Solutions, LLC*

/s/ Patrick D. McCarthy
Patrick D. McCarthy (0092947)
Chilcoat Law, LLC
8795 Davington Drive
Dublin, Ohio 43017
Telephone:  (614) 376-0266
Email: attorneypmccarthy@gmail.com

*Counsel for Plaintiff irth Solutions, LLC*

/s/ Matthew R. Rechner
Matthew R. Rechner (0074446)
Joseph M. Muska (0089512)
McDonald Hopkins LLC
600 Superior Avenue East - Suite 2100
Cleveland, Ohio 44114
Telephone:  (216) 348-5400
Facsimile:  (216) 348-5474
Email: mrechner@mcdonaldhopkins.com
jmuska@mcdonaldhopkins.com

*Counsel for Defendant*
*SCANA Services, Inc.*

**IT IS SO ORDERED.**

Date: _____   _____
HONORABLE GEORGE C. SMITH
United States District Court for the Southern
District of Ohio, Eastern Division